## SAVELLE, Respondent, v. CASLER, Appellant.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by John Savelle against James Casler.

No opinion. Judgment and order reversed on the exceptions, and a new trial ordered, with costs to abide the event. Held, that at the time of the seizure the plaintiff had not the right to reduce the property into his possession, and therefore replevin is not maintainable. Code, § 1690, subd. 3; Savell v. Wauful, 63 Hun, 627, 19 N. Y. Supp. 1007.

## SEELEY, Respondent, v. DIXON et al., Appellants.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by Seymour Seeley against George A. Dixon and others.

No opinion. Judgment and order affirmed, with costs.

## STEPHENS, Appellant, v. GRIFFITH, Respondent.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Proceeding by Hannah Stephens against John D. Griffith, as attorney

No opinion. Order affirmed, without costs. Held, that the question as to the default of the respondent was addressed to the discretion of the special term.

## STEVENS, Respondent, v. DEAN, Appellant.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by Henry H. Stevens against Henry H. Dean.

No opinion. Judgment and order affirmed, with costs.

## THALHEIMER, Respondent, v. GILLETT, Appellant.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by Gates Thalheimer against Frank Gillett.

No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs to abide the event.

## THOMSON et al., Respondents, v. RYDER, Appellant.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by Charles J. Thomson and others against Phonora A. Ryder, impleaded.

No opinion. Order reversed, and motion granted setting aside the judgment so far as it awards costs against the appellant.